Nicholas Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:

| | | |
|---|---|---|
| **KIMBRA RENEE CURRIE** § | | **CASE NO. 18-42708** |
| § | | |
| Debtor, § | | **CHAPTER 13** |
| § | | |
| **CARVANA, LLC** § | | |
| Movant, § | | |
| § | | |
| VS. § | | |
| **KIMBRA RENEE CURRIE** § | | |
| § | | |
| Respondent. § | | |

**DEBTOR'S UNOPPOSED RESPONSE TO MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **KIMBRA RENEE CURRIE**, Respondent in the above-styled and numbered cause and in response to the Motion for Relief from Stay of **Carvana, LLC** ("Movant") and in regard to the collateral referenced in said Motion, Respondent respectfully shows:

1. Respondent is unopposed to Carvana, LLC's Motion for Relief from Stay.

WHEREFORE, PREMISES CONSIDERED, Respondent prays for the relief requested and for such other and further relief as the Court may deem just and appropriate.

Dated:  October 12, 2020.

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Nicholas Inman
Nicholas Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax


ATTORNEY FOR DEBTOR

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 13, 2020, a true and correct copy of the foregoing *Unopposed Response to Motion For Relief From Stay* was served on the following parties in interest by first class mail:

**TRUSTEE**
Carey D. Ebert
Standing Chapter 13 Trustee
PO Box 941166
Plano, TX 75094-1166

**U.S. TRUSTEE**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

**DEBTOR**
Kimbra Renee Currie
2050 FM 423 #502
Little Elm, TX 75068

**OPPOSING COUNSEL**
GHIDOTTI BERGER, LLP
600 E. John Carpenter Fwy., Ste. 175
Irving, TX 75062

By: /s/ Nicholas Inman
    Nicholas Inman
    State Bar No. 00787747
    ATTORNEY FOR DEBTOR